UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

Robert Woodward

Plantiff,

vs.

Nurse Davis
Lt. John Doe

Defendant(s).

COMPLAINT

Case No 1:18cv171

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. §1983

___ 42 U.S.C. §1985

___ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Robert Woodward
   Address: 633 Old Landfill Rd. Taylorsville, N.C. 28681

2. Name of Defendant: Nurse Davis
   Address: 162 Branner Ave Waynesville, N.C. 28786

Is employed as __Nurse__ at __Haywood County Jail__
     (Position/Title)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO _____, if "YES" briefly explain:

SHE WAS THE NURSE ON DUTY WHO TOTALLY REFUSED TO GIVE ME MY MEDICINE.

3. Name of Defendant: LT. JOHN DOE
   Address: 1620 BROWN AVE
            WAYNESVILLE, N.C. 28786

   Is employed as LIEUTENANT (Position/Title) at HAYWOOD COUNTY JAIL (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO _____, if "YES" briefly explain:

HE WAS LIEUTENANT IN BOOKING ALL DAY AND REFUSED TO INTERVENE ON MY BEHALF. HE WAS IN EARSHOT MOST OF THE DAY.

4. Name of Defendant: _____
   Address: _____

   Is employed as _____ (Position/Title) at _____ (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____  NO _____, if "YES" briefly explain:

_____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I WAS TRANSPORTED TO HAYWOOD COUNTY JAIL ON TWO SEPARATE OCCASSIONS AND BOTH TIMES NURSE DAVIS REFUSED TO TREAT ME. ON 12-13-17 I HAD CELLULITIS AND I WAS CLOSE TO LOSING MY FOOT. SHE FINALLY GAVE ME MY MEDS AFTER HOURS BUT THATS AFTER I CAUSED A PROBLEM. ON 4-4-18 SHE COMPLETELY REFUSED TO TREAT ME!

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: NURSE DAVIS NOT TREATING ME
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   NURSE DAVIS REFUSED TO PROVIDE ME MY PRESCRIBED NECESSARY MEDICAL CARE.

b. (1) Count 2: LT. JOHN DOE NOT INTERVENING ON MY BEHALF
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   LT. JOHN DOE SPENT MOST OF THE DAY SWEATING BUT DIDN'T LIFT A FINGER TO HELP ME GET MY MEDICAL CARE.

## E. INJURY

How have you been injured by the actions of the defendant(s)?

9 HOURS IN A HOLDING CELL WITHOUT MY PAIN MEDICINE. MY CHRONIC MEDS AS WELL AS MY PRESSING LIQUIDS. IT WAS A VERY MISERABLE DAY!

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?     YES _____     NO ✓

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____


2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____
_____
_____

4. Issued raised:

_____
_____
_____

5. When did you file the lawsuit?_____
   Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES ✓    NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I WROTE THE SHERIFF AND CAPTAIN

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

I'M ENTITLED TO COMPENSATION IN A MONETARY FORM AS WELL AS PUNITIVE DAMAGES AGAINST NURSE PHIPPS BECAUSE SHE DID THE EXACT SAME THING TO ME TWO TIMES, I WAS BOOKED INTO THE JAIL ON BOTH DATES WITH APPARENT MEDICAL NEEDS!! $20,000 COMPENSATION - $10,000.00 PUNITIVE

JURY TRIAL REQUESTED     YES ✓   NO ____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at ALEXANDER CORRECTIONAL on 6-5-18.

(Location)     (Date)

_[signature]_

Signature

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

U.S. DISTRICT COURT
RM. 210 CHARLES R. JONAS BUILDING
401 W. TRADE ST.
CHARLOTTE, N.C. 28202

This the 5 day of June, 20 18.

_____
Signature

ROBERT WOODWARD
(Print Name)