# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00171-MR

| | |
|---|---|
| **ROBERT E. WOODWARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **FNU DAVIS,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action pursuant to 42 U.S.C. § 1983 against a number of Defendants on June 11, 2018. [Doc. 1]. The Plaintiff subsequently amended his Complaint. [Docs. 6, 12]. Upon initial review, the Court dismissed all the named Defendants with the exception of Defendant FNU Davis. [Doc. 13]. A summons was issued electronically to the United States Marshal for service as to FNU Davis on October 2, 2020. [Doc. 14]. On December 14, 2020, the United States Marshal filed a receipt, indicating that the summons was served on FNU Davis by certified mail on October 15, 2020. [Doc. 16]. To date, however, Defendant FNU Davis has not appeared or otherwise defended this action, and the Plaintiff has not taken any further action with respect to this Defendant.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall take further action to prosecute this case against the Defendant FNU Davis within fourteen (14) days of this Order. Failure to take any such further action shall result in the dismissal of this Defendant without prejudice.

**IT IS SO ORDERED.**

Signed: February 9, 2021

Martin Reidinger
Chief United States District Judge