IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00171-MR

| | |
|---|---|
| **ROBERT E. WOODWARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **FNU DAVIS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Reveal Full Name and Address of Defendant, filed on March 1, 2021. [Doc. 18].

Plaintiff initiated this 42 U.S.C. § 1983 action on June 11, 2018. [Doc. 1]. Upon initial review, the Court dismissed all of the named Defendants with the exception of Defendant FNU Davis. [Doc. 13]. FNU Davis was served by certified mail on October 15, 2020. [Doc. 16].

On February 10, 2021, this Court entered an Order noting that FNU Davis had not appeared or otherwise defended this action and that Plaintiff had taken no further action to prosecute his case against FNU Davis. The Court ordered Plaintiff to take further action to prosecute his case against FNU Davis within fourteen (14) days and advised Plaintiff that failure to do so could result in the dismissal of this action without prejudice. [Doc. 17].

On March 1, 2021, Plaintiff filed a Motion to Reveal Full Name and Address of Defendant, requesting this Court order the Haywood County Sheriff's Office to provide him with the full name and last known address of FNU Davis. [Doc. 18]. However, FNU Davis has already been served in this matter and therefore, Plaintiff is not entitled to the requested relief.

To date, Plaintiff has taken no further action with regard to prosecution of his claim against FNU Davis. As such, this action shall be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion to Reveal Full Name and Address of Defendant [Doc. 18] is **DENIED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

3. The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: April 14, 2021

Martin Reidinger
Chief United States District Judge